The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER WILLIAMS, and DAVID STRAUSS on behalf of themselves and all other similarly situated,

Plaintiffs,

v.

STARBUCKS CORPORATION,

Defendant.

No. 2:26-cv-00112-KKE

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE AND SETTING BRIEFING SCHEDULE

NOTE ON MOTION CALENDAR: February 3, 2026

## STIPULATED MOTION

Plaintiffs Jennifer Williams and David Strauss (collectively, "Plaintiffs") and Defendant Starbucks Corporation ("Starbucks") (collectively, the "Parties"), hereby stipulate and agree to the following proposed deadline for Starbucks to respond to Plaintiffs' Complaint and briefing schedule on any motion to dismiss, subject to the Court's approval:

1. On January 13, 2026, Plaintiffs filed the Complaint in the above-captioned action. On January 15, 2026, Plaintiffs served the Summons and Complaint on Starbucks registered agent, Corporation System Company. Absent an extension, Starbucks deadline to respond to the Complaint is February 5, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend Defendant's deadline to answer, plead, or otherwise respond to

STIPULATED MOT. AND ORDER TO EXTEND DEADLINE
FOR RESPONSE AND SETTING BRIEFING SCHEDULE
(2:26-cv-00112-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Plaintiffs' Complaint given Defendant's present intention to respond to the Complaint by motion.

3.    The Parties further agree and stipulate (subject to Court approval) that, to the extent Starbucks responds to the Complaint by motion: (i) Starbucks will file its motion on or before March 23, 2026, and note the motion for consideration on May 15, 2026; (ii) Plaintiffs' response to the motion will be due on or before April 24, 2026; and (iii) Starbucks reply in support of its motion will be due on or before May 15, 2026.

4.    The Parties have not sought or obtained any prior extensions of time in this matter.

5.    Based on the foregoing, the Parties jointly request that the Court enter the following Order approving the foregoing stipulation.

Stipulated to and respectfully submitted this 3rd day of February, 2026, by:

HAGENS BERMAN SOBOL SHAPIRO LLP

s/ *Steve W. Berman*
Steve W. Berman, WSBA #12536
Catherine Y.N. Gannon, WSBA #47664
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
E-mail: steve@hbsslaw.com
E-mail: catherineg@hbsslaw.com

Ani Zotti*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3051
E-mail: ani.zotti@hbsslaw.com

Kim E. Richman*
RICHMAN LAW & POLICY
1 Bridge Street, Suite 83
Irvington, NY  10533
Telephone: (914) 693-2018
E-mail: krichman@richmanlawpolicy.com

*Attorneys for Plaintiffs and the Putative Class*

DAVIS WRIGHT TREMAINE LLP

s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Theo A. Lesczynski, WSBA #59780
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
E-mail: kenpayson@dwt.com
E-mail: theolesczynski@dwt.com

Trenton Norris*
David M. Foster*
Carolyn A. DeLone*
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC  20004
Telephone: (202) 637-5600
E-mail: trent.norris@hoganlovells.com
E-mail: david.foster@hoganlovells.com
E-mail: carrie.delone@hoganlovells.com

*Attorneys for Defendant Starbucks Corporation*

*pro hac vice forthcoming*

STIPULATED MOT. AND ORDER TO EXTEND DEADLINE
FOR RESPONSE AND SETTING BRIEFING SCHEDULE
(2:26-cv-00112-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**<u>ORDER</u>**

IT IS SO ORDERED.


DATED this 5th day of February, 2026.


Kymberly K. Evanson
United States District Judge

STIPULATED MOT. AND ORDER TO EXTEND DEADLINE
FOR RESPONSE AND SETTING BRIEFING SCHEDULE
(2:26-cv-00112-KKE) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax