Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER WILLIAMS, and DAVID
STRAUSS on behalf of themselves and all other
similarly situated,

Plaintiffs,

v.

STARBUCKS CORPORATION,

Defendant.

No. 2:26-cv-00112-KKE

STIPULATED MOTION AND
ORDER TO EXTEND INITIAL
SCHEDULING DATES

NOTE ON MOTION CALENDAR:
March 3, 2026

## **STIPULATED MOTION**

Plaintiffs Jennifer Williams and David Strauss (collectively, "Plaintiffs") and Defendant Starbucks Corporation ("Starbucks") (collectively, the "Parties"), hereby stipulate and jointly request an extension of the Initial Scheduling Dates in the above-captioned case. Good cause exists to continue those dates until after the Court's decision on Starbucks forthcoming motion to dismiss, as the Court's decision may materially impact any joint status report and discovery plan that the parties draft and file.

1.     On January 13, 2026, Plaintiffs filed their Complaint. Dkt. 1. On February 2, 2026, the Parties submitted a stipulated motion and proposed order for a briefing schedule on Starbucks anticipated Rule 12 Motion responding to the Complaint. Dkt. 6. On February 5, 2026, the Court entered the stipulated briefing schedule for the anticipated Rule 12 Motion, which will

STIPULATED MOT. AND ORDER
TO EXTEND INITIAL SCHEDULING DATES
(2:26-cv-00112-KKE) - 1
4938-8257-0643v.3 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

be noted for consideration on May 15, 2026. Dkt. 9.

2.　　　On February 9, 2026, the Court entered an Order setting Initial Scheduling Dates. Dkt. 18. The Order set the following deadlines: FRCP 26(f) conference by March 2, 2026; Initial Disclosures Pursuant to FRCP 26(a)(1) by March 16, 2026; and Combined Joint Status Report and Discovery Plan by March 23, 2026.

3.　　　The Parties respectfully submit that good cause exists to continue the Initial Scheduling Dates until after the Court rules on the anticipated Rule 12 Motion; the Court's decision on that motion may significantly shape the Parties' views on the likely course of this matter, including the scope of discovery and case scheduling. The Parties have agreed to continue working on discovery infrastructure in the meantime, including negotiating a protective order and an ESI agreement.

4.　　　The Parties therefore stipulate to and respectfully request entry of the following extension of the Initial Scheduling Dates, subject to the Court's approval: The Initial Scheduling Dates in the Court's Order at Dkt. 18 are hereby continued pending the Court's decision on Defendant's planned Rule 12 motion. If this matter is not dismissed, the Parties shall: (1) conduct the FRCP 26(f) conference within 14 days following the Court's entry of an order on that motion; (2) exchange their initial Rule 26(a)(1) disclosures within 28 days of the same order; and (3) file their Combined Joint Status Report and Discovery Plan within 35 days of the same order.

Stipulated to and respectfully submitted this 3rd day of March, 2026, by:

| HAGENS BERMAN SOBOL SHAPIRO LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| s/ *Catherine Y.N. Gannon* | s/ *Kenneth E. Payson* |
| Steve W. Berman, WSBA #12536 | Kenneth E. Payson, WSBA #26369 |
| Catherine Y.N. Gannon, WSBA #47664 | Theo A. Lesczynski, WSBA #59780 |
| 1301 Second Avenue, Suite 2000 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA  98101 | Seattle, WA  98104-1610 |
| Telephone: (206) 623-7292 | Telephone: (206) 622-3150 |
| E-mail: steve@hbsslaw.com | E-mail: kenpayson@dwt.com |
| E-mail: catherineg@hbsslaw.com | E-mail: theolesczynski@dwt.com |

STIPULATED MOT. AND ORDER
TO EXTEND INITIAL SCHEDULING DATES
(2:26-cv-00112-KKE) - 2
4938-8257-0643v.3 0050033-001660

Ani Zotti*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3051
E-mail: ani.zotti@hbsslaw.com

Kim E. Richman†
RICHMAN LAW & POLICY
1 Bridge Street, Suite 83
Irvington, NY  10533
Telephone: (914) 693-2018
E-mail: krichman@richmanlawpolicy.com

*Attorneys for Plaintiffs and the Putative Class*

*admitted pro hac vice
†pro hac vice forthcoming

Trenton H. Norris*
David M. Foster*
Carolyn A. DeLone*
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC  20004
Telephone: (202) 637-5600
E-mail: trent.norris@hoganlovells.com
E-mail: david.foster@hoganlovells.com
E-mail: carrie.delone@hoganlovells.com

Benjamin A. Fleming*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY  10017
Telephone: (212) 918-3100
E-mail: benjamin.fleming@hoganlovells.com

*Attorneys for Defendant Starbucks Corporation*

## ORDER

IT IS SO ORDERED.  The Initial Scheduling Dates in the Court's Order at Dkt. No. 18 are hereby continued pending the Court's decision on Defendant's planned Rule 12 motion.  If this matter is not dismissed, the Parties shall: (1) conduct the FRCP 26(f) conference within 14 days following the Court's entry of an order on that motion; (2) exchange their initial Rule 26(a)(1) disclosures within 28 days of the same order; and (3) file their Combined Joint Status Report and Discovery Plan within 35 days of the same order.

DATED this 4th day of March, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOT. AND ORDER
TO EXTEND INITIAL SCHEDULING DATES
(2:26-cv-00112-KKE) - 3
4938-8257-0643v.3 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax