Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

JENNIFER WILLIAMS and DAVID STRAUSS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

STARBUCKS CORPORATION,

Defendant.

No. 2:26-cv-00112-KKE

**STIPULATED MOTION AND ORDER REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS**

NOTE ON MOTION CALENDAR: April 8, 2026



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Jennifer Williams and David Strauss ("Plaintiffs") and Defendant Starbucks Corporation ("Defendant") (collectively, the "Parties") stipulate and move as follows:

WHEREAS, on January 13, 2026, Plaintiffs filed the Complaint in the above-captioned action. ECF No. 1. On January 15, 2026, Plaintiffs served the Summons and Complaint on Defendant's registered agent, Corporation System Company;

WHEREAS, on February 5, 2026, the Court approved the Parties' stipulated motion and proposed order (ECF No. 9) extending Defendant's deadline to respond to the Complaint and setting an initial briefing schedule for Defendant's anticipated Motion to Dismiss;

WHEREAS, on March 23, 2026, Defendant filed its Motion to Dismiss Plaintiffs' Complaint (ECF No. 21);

WHEREAS, Plaintiffs have informed Defendant that they intend to file an amended pleading as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B), and WHEREAS Defendant anticipates filing a renewed motion to dismiss;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs' deadline to file an amended complaint as a matter of course is April 13, 2026;

WHEREAS, the Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend Plaintiffs' deadline to file an amended complaint to April 23, 2026;

WHEREAS, the Parties have conferred in good faith regarding an appropriate briefing schedule for Defendant's anticipated motion responding to the First Amended Complaint;

**THEREFORE, IT IS STIPULATED AND AGREED** among the Parties, subject to the Court's approval, that:

1.      Plaintiffs shall file their First Amended Complaint on April 23, 2026, and this amendment is and will be deemed to be Plaintiffs' amendment as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B).

STIPULATED MOTION AND ORDER REGARDING PLAINTIFFS' FIRST
AMENDED COMPLAINT AND BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS
Case No.: 2:26-cv-00112-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

2.    To the extent Defendant responds to the First Amended Complaint by motion, Defendant shall file its motion on or before May 21, 2026, and note the motion for consideration on July 10, 2026.

3.    Plaintiffs shall file their opposition to Defendant's motion on or before June 19, 2026.

4.    Defendant shall file its reply in support of its motion on or before July 10, 2026.

5.    Nothing in this stipulated order shall alter any other deadlines in the case, as all other deadlines are stayed per the Court's March 4, 2026, order (ECF No. 20).

6.    Based on the foregoing, the Parties jointly request that the Court enter the following Order approving the foregoing stipulation.

**IT IS SO STIPULATED**.

DATED: April 8, 2026                              Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
    Steve W. Berman (SBN 12536)
    Catherine Y.N. Gannon (SBN 47664)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Ani Zotti (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3051
Facsimile:  (510) 725-3001
Email: ani.zotti@hbsslaw.com

Kim E. Richman (*pro hac vice*)
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, New York 10533
Telephone: (914) 693-2018
Email: krichman@richmanlawpolicy.com

*Attorneys for Plaintiff and the Putative Class*

STIPULATED MOTION AND ORDER REGARDING PLAINTIFFS' FIRST
AMENDED COMPLAINT AND BRIEFING DEADLINES FOR
DEFENDANT'S  MOTION TO DISMISS
Case No.: 2:26-cv-00112-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

DATED: April 8, 2026

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ *Kenneth E. Payson*
Kenneth E. Payson
Theo A. Lesczynski
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 622-3150
Fax: (206) 757-7700
kenpayson@dwt.com
theolesczynski@dwt.com

**HOGAN LOVELLS US LLP**
Trenton H. Norris*
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 374-2365
Fax: (202) 637-5910
trent.norris@hoganlovells.com

David M. Foster*
Carolyn A. DeLone*
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
david.foster@hoganlovells.com
carrie.delone@hoganlovells.com

Benjamin A. Fleming*
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
benjamin.fleming@hoganlovells.com

*Admitted Pro Hac Vice*

STIPULATED MOTION AND ORDER REGARDING PLAINTIFFS' FIRST
AMENDED COMPLAINT AND BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS
Case No.: 2:26-cv-00112-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**ORDER**

IT IS SO ORDERED.


DATED this 9th day of April, 2026.


Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER REGARDING PLAINTIFFS' FIRST
AMENDED COMPLAINT AND BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS
Case No.: 2:26-cv-00112-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX